**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CONRAD CESAR NEVAREZ, | No. 23-1348 |
| Plaintiff - Appellant, | D.C. No. 1:23-cv-00122-BLW |
| v. | MEMORANDUM[*] |
| IDAHO STATE CORRECTIONAL INSTITUTION, | |
| Defendant - Appellee. | |

Appeal from the United States District Court for the
District of Idaho
B. Lynn Winmill, District Judge, Presiding

Submitted October 16, 2024[**]

Before:     SILVERMAN, R. NELSON, and MILLER, Circuit Judges.

Former Idaho state prisoner Conrad Cesar Nevarez appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging various

federal and state law claims.  We have jurisdiction under 28 U.S.C. § 1291.  We

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review de novo. *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915A); *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)). We affirm.

The district court properly dismissed Nevarez's action because Nevarez's claims are barred by the Eleventh Amendment. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984) (Eleventh Amendment immunity applies to states and their agencies or departments absent their consent to be sued); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989) (Eleventh Amendment immunity applies to state agencies, including the department of prisons).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**

23-1348